UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Case No.: 8:07-cv-1575-T-33MAP

DANIEL L. PREWETT, *et al.*,

    Defendants.
_____/

## **O R D E R**

This cause is before the Court *sua sponte*. After a review of this case, and following entry of the Final Judgment of Permanent Injunction Against Daniel Prewett Pursuant to Joint Stipulation (Doc. 62), it is:

**ORDERED, ADJUDGED** and **DECREED** that:

The Clerk of Court is hereby directed to **CLOSE** this case. The Court shall retain jurisdiction over this action for the sole purpose of implementing and enforcing the Final Judgment of Permanent Injunction.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of August, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record